# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE JOHNSON, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., PARTS AUTHORITY LAUREL AVENUE LLC, PARTS AUTHORITY PARTNERS FRANKLIN AVE LLC, PARTS AUTHORITY SOUTHERN LLC, PARTS AUTHORITY-WAW LLC, PARTS AUTHORITY DISTRICT OF COLUMBIA, LLC, PARTS AUTHORITY ARIZONA LLC, PARTS AUTHORITY GEORGIA LLC, PARTS AUTHORITY METRO LLC, PA AUSTIN LLC and YARON ROSENTHAL,<br><br>Defendant. | Case No.: 1:16-cv-6852-DLI-RML<br><br>ECF CASE |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

  I hereby consent to become a party plaintiff seeking unpaid wages and compensation against PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., PARTS AUTHORITY LAUREL AVENUE LLC, PARTS AUTHORITY PARTNERS FRANKLIN AVE LLC, PARTS AUTHORITY SOUTHERN LLC, PARTS AUTHORITY-WAW LLC, PARTS AUTHORITY DISTRICT OF COLUMBIA, LLC, PARTS AUTHORITY ARIZONA LLC, PARTS AUTHORITY GEORGIA LLC, PARTS AUTHORITY METRO LLC, PA AUSTIN LLC and YARON ROSENTHAL.
  By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.
  For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Weinhaus & Potashnick, Goldstein, Liberman & Karsh and other attorneys with whom they may associate.

Date: 2/25/17    Sign: _____

            Print Name: SUSANA LUCIO

{00283244 }

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE JOHNSON, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., PARTS AUTHORITY LAUREL AVENUE LLC, PARTS AUTHORITY PARTNERS FRANKLIN AVE LLC, PARTS AUTHORITY SOUTHERN LLC, PARTS AUTHORITY-WAW LLC, PARTS AUTHORITY DISTRICT OF COLUMBIA, LLC, PARTS AUTHORITY ARIZONA LLC, PARTS AUTHORITY GEORGIA LLC, PARTS AUTHORITY METRO LLC, PA AUSTIN LLC and YARON ROSENTHAL,<br><br>Defendant. | Case No.: 1:16-cv-6852-DLI-RML<br><br>ECF CASE |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

    I hereby consent to become a party plaintiff seeking unpaid wages and compensation against PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., PARTS AUTHORITY LAUREL AVENUE LLC, PARTS AUTHORITY PARTNERS FRANKLIN AVE LLC, PARTS AUTHORITY SOUTHERN LLC, PARTS AUTHORITY-WAW LLC, PARTS AUTHORITY DISTRICT OF COLUMBIA, LLC, PARTS AUTHORITY ARIZONA LLC, PARTS AUTHORITY GEORGIA LLC, PARTS AUTHORITY METRO LLC, PA AUSTIN LLC and YARON ROSENTHAL.
    By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.
    For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Weinhaus & Potashnick, Goldstein, Liberman & Karsh and other attorneys with whom they may associate.

Date: 02/24/17    Sign: _____

    Print Name: **EMERSON DA SILVA**

{00283243 }