UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MAURICE JOHNSON, individually and on ) Case No. 16-cv-06852 (DLI)
behalf of other similarly situated persons, )
                                                                                   Plaintiff, )
v. )
 )
PARTS AUTHORITY, LLC, et al., )
 )
                                                       Defendants. )
---------------------------------------------------------------x

## MOTION FOR ATTORNEYS' FEES

On May 20, 2019, Plaintiff Maurice Johnson filed a Motion to Re-Open Case to Confirm Arbitration Award and to Confirm Arbitration Award (the "Motion). In the Motion, Plaintiff "respectfully request[ed] that the Court award Ms. Lucio's reasonable attorney's fees and costs in the event that Parts Authority opposes this Motion." ECF No. 43. Parts Authority opposed the Motion: On June 10, 2019, Parts Authority filed a a Cross-Petition "vacating the April 23, 2019 arbitration award issued by Deborah Masucci," ECF No. 45, and an "Opposition to Opt-In Plaintiff Lucio's Petition to Confirm Arbitration Award," ECF No. 46-1.

In light of Defendants' unequivocal opposition to the motion, Plaintiff files the instant motion for attorney fees. Plaintiff hereby incorporates the separately filed "Combined Memorandum Of Law (1) Replying In Support Of Her Motion To Re-Open The Case To Confirm The Final Arbitration Award, (2) In Opposition To Defendants' Motion To Vacate The Arbitration Award, And (3) In Support Of Her Motion For Attorneys' Fees," filed June 17, 2019, ECF No. 47 at 1.

Dated: June 18, 2019                              Respectfully submitted,

                                                          By:     */s/ Jeremiah Frei-Pearson*
                                                                Jeremiah Frei-Pearson
                                                                Andrew White
                                                                W. Scott Terrell III
                                                               **FINKELSTEIN, BLANKINSHIP,**
                                                               **FREI-PEARSON & GARBER, LLP**
                                                                445 Hamilton Avenue
                                                                Suite 605
                                                                White Plains, New York 10601
                                                                Tel: (914) 298-3281
                                                                jfrei-pearson@fbfglaw.com
                                                                gblankinship@fbfglaw.com
                                                                awhie@fbfglaw.com
                                                                sterrell@fbfglaw.com

                                                                **WEINHAUS & POTASHNICK**
                                                                Mark Potashnick, MO Bar # 41315
                                                                (admitted *pro hac vice*)
                                                                11500 Olive Boulevard, Suite 133
                                                                St. Louis, Missouri 63141
                                                                Telephone: (314) 997-9150 ext. 2
                                                                Facsimile: (314) 997-9170
                                                                markp@wp-attorneys.com

                                                                **LIBERMAN, GOLDSTEIN & KARSH**
                                                                Eli Karsh, MO Bar # 43061
                                                                (admitted *pro hac vice*)
                                                                230 South Bemiston Avenue, Suite 1200
                                                                Clayton, Missouri 63105
                                                                Telephone: (314) 862-3333 ext. 13
                                                                Facsimile: (314) 863-0605
                                                                elikarsh@aol.com

                                                                *Attorneys for Plaintiff*